# EXHIBIT A

## EXHIBIT A

| Name |
| --- |
| Almeida, Gustavo |
| Almeida, Jose |
| Chaves, Daniel |
| Fernandes, Evaldo |
| Pereira, Jose Jorge |
| Ribeiro, Leandro |
| Santos, Maxwell |
| Vazquez, Osman |