UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>PS TREE SERVICE, INC. and RONAN A. DE SOUZA,<br><br>    Defendants. | Civil Action No. 1:22-cv-10073<br><br>January 19, 2022 |

**JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER**

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor, and Defendants PS Tree Service, Inc. and Ronan A. De Souza hereby move the Court to approve the Consent Judgment and Order attached hereto as Exhibit 1.

1

| **For the Secretary:** | **For All Defendants:** |
|---|---|
| Seema Nanda<br>Solicitor of Labor | /s/ Thomas J. Flanagan, Jr.<br>Thomas J. Flanagan, Jr. |
| Maia S. Fisher<br>Regional Solicitor | Law Office of Thomas J. Flanagan, Jr.<br>969 Main Street, Suite 201<br>Walpole, MA 02081 |
| Mark A. Pedulla<br>Wage and Hour Counsel | (774) 219-1394<br>Tflanaganlaw@comcast.net<br>BBO# 639392 |
| /s/ Emily V. Wilkinson<br>Emily V. Wilkinson<br>Trial Attorney<br>wilkinson.emily.v@dol.gov<br>MA BBO No. 699512 | Attorney for Defendants<br><br>Date: January 18, 2022 |

U.S. Department of Labor
Attorneys for Plaintiff

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room E-375
Boston, MA 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

Date: January 19, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2022, a copy of the foregoing JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER and the attached Exhibit 1 were filed electronically. I further certify that on that date I served these documents on Defendants by emailing them to:

      Thomas J. Flanagan, Jr.
      Law Office of Thomas J. Flanagan, Jr.
      969 Main Street, Suite 201
      Walpole, MA 02081
      (774) 219-1394
      Tflanaganlaw@comcast.net

                                            /s/ Emily V. Wilkinson
                                            Emily V. Wilkinson